UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE MCQUARRIE,

   Plaintiff,

                                      CASE NO.:

-VS-

COMENITY LLC, d/b/a COMENITY BANK,

   Defendant.

_____/

## **COMPLAINT**

1.     Plaintiff alleges COMENITY BANK (hereinafter "Comenity") "robo-called" her more than 1,000 times in stark violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq. ("FCCPA").

## **INTRODUCTION**

2.     "Robocalls" are the #1 consumer complaint in America today.

3.     The FTC reported over 3.2 million complaints about robocalls in 2014, of which almost half (1,678,433) occurred after the consumer had already requested that the company stop call. Federal Trade Commission, National Do Not Call Registry Data Book, FY 2014, at 5 (Nov. 2014). Since this report the number of complaints have increased. Robocalls are very inexpensive to make. As was noted in a Senate hearing on the subject: "With such a cheap and scalable business model, bad actors can blast literally tens of millions of illegal robocalls over the course of a single day at less than 1 cent per minute." Senate Hearing at 5.

4.     According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC

every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." https://www.fcc.gov/document/fact-sheet-consumer-protection-proposal.

5.     The TCPA was enacted to prevent companies like Comenity from invading American citizens' privacy and prevent illegal robocalls.

6.     "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." Mims v. Arrow Fin. Servs., LLC, --US--, 132 S. Ct. 740, 745, 181 L.Ed.2d 881 (2012).

7.     "Senator Hollings, the TCPA's sponsor, described these calls as 'the scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall." 137 Cong. Rec. 30, 821 (1991) Senator Hollings presumably intended to give telephone subscribers another option: telling the autodialers to simply stop calling." Osario v. State Farm Bank, F.S.B., 746 F. 3d 1242 (11th Cir. 2014).

## JURISDICTION AND VENUE

8.     Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

9.     The alleged violations described in the Complaint occurred in Polk County, Florida.

## FACTUAL ALLEGATIONS

10.     Plaintiff is a natural person, and citizen of the State of Florida, residing in Polk County, Florida

11.     Plaintiff is a "consumer" as defined in Florida Statute § 559.55(8).

12.     Plaintiff is an "alleged debtor."

13.     Plaintiff is the "called party." See Breslow v. Wells Fargo Bank, N.A., 755 F. 3d 1265 (11th Cir. 2014) and Osorio v. State Farm Bank, F.S.B., 746 F.3d 1242 (11th Cir. 2014).

2

14.     The debt that is the subject matter of this Complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

15.     Plaintiff is the regular user and carrier of the cellular telephone number at issue, (***) ***-0434.

16.     Comenity called Plaintiff approximately one thousand (1,000) times since February 1, 2015, in an attempt to collect a debt.

17.     Comenity attempted to collect a debt from Plaintiff by this campaign of telephone calls.

18.     Comenity intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day and on back to back days, with such frequency as can reasonably be expected to harass.

19.     Comenity made at least one call to ***-***-0434 using an "automatic telephone dialing system" (ATDS).

20.     Comenity made at least one hundred (100) calls to ***-***-0434 using an ATDS.

21.     Comenity made at least five hundred (500) calls to ***-***-0434 using an ATDS.

22.     Comenity made at least one thousand (1,000) calls to ***-***-0434 using an ATDS.

23.     Each call Comenity made to the Plaintiff in the last four years was made using an ATDS.

24.     Each call Comenity made to the Plaintiff was made using an ATDS which has the capacity to store or produce telephone numbers to be called, without human intervention, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

25.     Comenity has stipulated in another lawsuit that the telephone system they used to call the Plaintiff was in fact an ATDS.

26.     Each call Comenity made to Plaintiff's cell phone was done so without the "express permission" of Plaintiff.

27.     Beginning on or around February 1, 2015, Plaintiff began receiving automated telephone calls from Comenity to her aforementioned cellular telephone (\*\*\*-\*\*\*-0434) looking to collect an outstanding debt on a credit card owed by one "John Parsons."

28.     While John Parsons is Plaintiff's boyfriend, she never co-signed any credit card with him; furthermore Plaintiff has never even had a credit card of her own.

29.     Plaintiff and Mr. Parsons also have their own separate cell phones which are not shared or communal.

30.     Upon receiving calls from Comenity, Plaintiff would commonly answer and explain that Mr. Parsons cannot be reached at her number and to stop calling her cell phone.

31.     Plaintiff would additionally provide Comenity's agents with Mr. Parsons' cellular telephone number and instruct Comenity to reach Mr. Parsons at his cell phone number, not hers, to which Comenity's agents would commonly respond affirmatively that they would remove her number and contact Mr. Parsons directly. This ultimately was untrue however as despite their assurances, Comenity continued to bombard Plaintiff's cell phone with automated calls for Mr. Parsons.

32.     Plaintiff's conversations with Comenity demanding an end to the harassment were ignored.

33.     Comenity recorded at least one conversation with the Plaintiff.

34.     Comenity recorded numerous telephone calls with the Plaintiff.

35.     Due to the tremendous volume of automated calls Plaintiff received from Comenity she was not able to catalogue each and every call, however the following is a small sampling of the daily automated calls Comenity placed to Plaintiff:

i)      August 13, 2015 at 7:35 AM from 303-255-5352

ii)     August 13, 2015 at 8:14 AM  from 303-255-5352

iii)    August 13, 2015 at 8:23 AM from 720-456-3689

iv)     August 13, 2015 at 9:08 AM from 303-255-5352

v)      August 13, 2015 at 9:15 AM from 303-255-5352

vi)     August 13, 2015 at 10:06 AM from 720-456-3689

vii)    August 13, 2015 at 11:01 AM from 303-255-5352

viii)   August 13, 2015 at 11:23 AM from 303-255-5352

ix)     August 13, 2015 at 5:18 PM from 720-456-3689

x)      August 13, 2015 at 6:16 PM from 303-255-5352

xi)     August 13, 2015 at 7:19 PM from 720-456-3689

xii)    August 13, 2015 at 8:16 PM from 303-255-5352

xiii)   August 14, 2015 at 8:07 AM from 303-255-5352

xiv)    August 14, 2015 at 8:33 AM from 720-456-3689

xv)     August 14, 2015 at 9:23 AM from 303-255-5352

xvi)    August 14, 2015 at 10:03 AM from 720-456-3689

xvii)   August 14, 2015 at 12:08 PM from 303-255-5352

xviii)  August 14, 2015 at 5:06 PM from 720-456-3689

xix)    August 14, 2015 at 6:00 PM from 303-255-5352

xx)     August 14, 2015 at 6:34 PM from 303-255-5352

xxi)    August 14, 2015 at 7:24 PM from 303-255-5352

xxii)   August 15, 2015 at 8:17 AM from 303-255-5352

xxiii)   August 15, 2015 at 8:39 AM from 720-456-3689

xxiv)   August 15, 2015 at 9:19 AM from 303-255-5352

36.     Comenity has a corporate policy to ATDS or a pre-recorded or artificial voice to individuals just as it did to Plaintiff's cellular telephone in this case.

37.     Comenity has a corporate policy to use an ATDS or a pre-recorded or artificial voice just as it did to Plaintiff's cellular telephone in this case, with no way for the consumer, Plaintiff, or Comenity, to remove the incorrect number.

38.     Comenity's corporate policy is structured so as to continue to call individuals like Plaintiff, despite these individuals explaining to Comenity they are the wrong party.

39.     Comenity has numerous other federal lawsuits pending against them alleging similar violations as stated in this complaint.

40.     Comenity has been sued civilly in Federal Court 147 times in the last three (3) years (Attached hereto as Exhibit "A").

41.     In the last 3 years, Comenity has had 1,580 complaints reported to the Better Business Bureau (BBB), of which 1,136 of those complaints are classified as being related to "Billing/Collection Issues". See http://www.bbb.org/centralohio/business-reviews/credit-cards-and-plans/comenity-bank-in-columbus-oh-6558/complaints/.

42.     Comenity has had numerous complaints from consumers across the country against it asking to not be called; however, Defendant continues to call the consumers.

43.     Comenity corporate policy provided no means for Plaintiff to have her number removed from the call list.

44.     Comenity has a corporate policy to harass and abuse individuals despite actual knowledge the called parties do not owe the alleged debt.

45.     Comenity has a corporate policy of using an ATDS or a prerecorded or artificial voice message to collect debts from individuals such as Plaintiff for its financial benefit.

46.     Plaintiff did not expressly consent to Comenity's placement of telephone calls to Plaintiff's cellular telephone by the use of an ATDS or a pre-recorded or artificial voice prior to Comenity's placement of the calls.

47.     Not a single call placed by Comenity to Plaintiff was placed for "emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

48.     Comenity willfully and/or knowingly violated the TCPA with respect to Plaintiff.

## COUNT I
### (Violation of the TCPA)

49.     Plaintiff incorporates Paragraphs one (1) through forty-eight (48) above herein.

50.     Comenity caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an ATDS without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

51.     Comenity willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an ATDS or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Comenity for statutory damages, punitive damages, actual damages, costs, interest, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

52.     Plaintiff incorporates one (1) through forty-eight (48) above herein.

53.     At all times relevant to this action Comenity is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

54.     Comenity has violated Florida Statute § 559.72(7) by willfully communicating with the debtor or any member of his or her family with such frequency as can reasonably be expected to harass the debtor or his or her family.

55.     Comenity has violated Florida Statute § 559.72(7) by willfully engaging in other conduct which can reasonably be expected to abuse or harass the debtor or any member of his or her family.

56.     Comenity has violated Florida Statute § 559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows the debt is not legitimate.

57.     Comenity's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute § 559.77.

         **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Comenity for statutory damages, punitive damages, actual damages, costs, interest, attorney fees and any other such relief the court may deem just and proper.

                         Respectfully submitted,

                         *s/Billy Howard*
                         William Peerce Howard, Esquire
                         Florida Bar No. 0103330
                         Billy@TheConsumerProtectionFirm.com
                         Amanda J. Allen, Esquire
                         Florida Bar No. 98228
                         Amanda@TheConsumerProtectionFirm.com
                         The Consumer Protection Firm, PLLC
                         210 A South MacDill Avenue
                         Tampa, FL 33609
                         Tele:  (813) 500-1500
                         Fax:  (813) 435-2369
                         Attorney for Plaintiff





**Civil Party Search**
Sun Apr 10 12:51:56 2016
25 records found

User: TCPF2016
Client: Laurentano
Search: Civil Party Search Name Comenity All Courts Page: 1 party role: dft year filed: 2013

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Comenity Bank (dft) | flsdce | 0:2013-cv-61113 | 890 | 05/16/2013 | 12/17/2013 |
| Abu Jaber v. Comenity Bank et al | | | | | |
| 2 Comenity Bank, f/k/a World Financial Network National Bank, successor by conversion to World Financial Network National Bank (dft) | madce | 1:2013-cv-10715 | 360 | 03/28/2013 | 08/20/2013 |
| Weitzman v. Comenity LLC | | | | | |
| 3 COMENITY LLC (dft) | njdce | 2:2013-cv-06837 | 480 | 11/11/2013 | 04/09/2014 |
| MONTANO v. COMENITY LLC et al | | | | | |
| 4 Comenity Bank (dft) | nysdce | 1:2013-cv-04462 | 480 | 06/27/2013 | 01/23/2015 |
| Strubel v. Comenity Bank | | | | | |
| 5 Comenity Bank/Sports Authority (dft) | okwdce | 5:2013-cv-01321 | 890 | 12/16/2013 | 04/14/2014 |
| Dill v. Comenity Bank/Sports Authority | | | | | |
| 6 Comenity Bank (dft) | flsdce | 0:2013-cv-62734 | 890 | 12/17/2013 | 05/16/2014 |
| Abu Jaber v. Alliance Data Systems Corporation et al | | | | | |
| 7 Comenity Bank, LLC/Lane Bryant Retail (dft) | nyndce | 1:2013-cv-01002 | 890 | 08/16/2013 | 02/04/2014 |
| Scott v. Comenity Bank, LLC/Lane Bryant Retail et al | | | | | |
| 8 Comenity Capital Bank (dft) | nysdce | 1:2013-cv-04696 | 480 | 07/15/2013 | 07/15/2015 |
| Schwartz v. Comenity Capital Bank | | | | | |
| 9 Comenity LLC (dft) | madce | 1:2013-cv-10715 | 360 | 03/28/2013 | 08/20/2013 |
| Weitzman v. Comenity LLC | | | | | |
| 10 Comenity, LLC (dft) | miedce | 4:2013-cv-13234 | 480 | 07/29/2013 | 04/11/2014 |
| Thomas v. Sterling Jewelers, Inc. et al | | | | | |
| 11 Comenity Bank (dft) | msndce | 3:2013-cv-00141 | 480 | 05/30/2013 | 05/30/2014 |
| Spearman v. Comenity Bank et al | | | | | |
| 12 Comenity Bank (dft) | pamdce | 3:2013-cv-00377 | 440 | 02/13/2013 | 08/13/2013 |
| Prukala v. Comenity Bank | | | | | |
| 13 Comenity Capital Bank (dft) | inndce | 4:2013-cv-00024 | 890 | 04/12/2013 | 07/23/2013 |
| Richesin v. Comenity Capital Bank et al | | | | | |
| 14 Comenity Bank (dft) | flsdce | 1:2013-cv-24260 | 480 | 11/22/2013 | 08/08/2014 |
| Gandarillas v. Comenity Bank, et al | | | | | |
| 15 Comenity Bank, LLC (dft) | flmdce | 8:2013-cv-01915 | 480 | 07/24/2013 | 04/07/2014 |
| McGill v. Comenity Bank, LLC | | | | | |
| 16 Comenity Bank, World Financial Network Bank (dft) | pamdce | 1:2013-cv-02429 | 480 | 09/20/2013 | 10/21/2013 |
| Myers v. Comenity Bank, World Financial Network Bank et al | | | | | |
| 17 Comenity Bank, f/k/a World Financial Network National Bank, successor by conversion to World Financial Network National Bank (dft) | madce | 1:2013-cv-10683 | 360 | 03/25/2013 | 05/22/2013 |
| Williams v. Comenity Capital Bank | | | | | |
| 18 Comenity Capital Bank (dft) | madce | 1:2013-cv-10683 | 360 | 03/25/2013 | 05/22/2013 |
| Williams v. Comenity Capital Bank | | | | | |
| 19 Comenity, LLC (dft) | miedce | 2:2013-cv-12805 | 480 | 06/26/2013 | 10/24/2013 |
| Blait v. Collecto, Inc. et al | | | | | |
| 20 Comenity, LLC (dft) | flmdce | 8:2013-cv-01797 | 890 | 07/12/2013 | 09/23/2013 |
| Lovett v. Comenity, LLC | | | | | |
| 21 Comenity Capital Bank (dft) | azdce | 4:2013-cv-00040 | 890 | 01/17/2013 | 02/05/2014 |
| Thompson v. Comenity Capital Bank et al | | | | | |
| 22 Comenity Bank (dft) | flsdce | 1:2013-cv-22353 | 480 | 07/02/2013 | 11/06/2013 |
| Kevelson v. Comenity Bank | | | | | |
| 23 Comenity Bank (dft) | nyedce | 1:2013-cv-05554 | 480 | 10/07/2013 | 10/01/2014 |
| Levy v. Asset Acceptance Capital Corp. et al | | | | | |
| 24 COMENITY BANK, LLC (dft) | paedce | 2:2013-cv-03558 | 190 | 06/21/2013 | 01/09/2014 |
| LAMBERT v. COMENITY BANK, LLC | | | | | |
| 25 Comenity, LLC (dft) | miedce | 4:2013-cv-11811 | 480 | 04/23/2013 | 08/06/2013 |
| Andersen v. Experian Information Solutions, Inc. et al | | | | | |

Receipt 04/10/2016 12:54:50

User TCPF2016
Client Laurentano
Description Civil Party Search
Name Comenity All Courts Page: 1 party role: dft year filed: 2013

You have previously been billed for this page.
Pages 1 ($0.00)

# EXHIBIT A



🔊 Browse Aloud

**Civil Party Search**
Sun Apr 10 12:51:56 2016
43 records found

User:   TCPF2016
Client:   Laurentano
Search:   Civil Party Search Name Comenity All Courts Page: 1 party role: dft year filed: 2014

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Comenity Bank (dft)<br>Morales v. Comenity Bank | caedce | 2:2014-cv-01953 | 480 | 08/21/2014 | 11/18/2014 |
| 2 COMENITY BANK (dft)<br>STOOPS v. COMENITY BANK | pawdce | 3:2014-cv-00172 | 440 | 08/14/2014 | 11/24/2014 |
| 3 Comenity Bank (dft)<br>Lewis v. Comenity, LLC et al | casdce | 3:2014-cv-01934 | 890 | 08/19/2014 | 01/23/2015 |
| 4 Comenity Bank (dft)<br>Hylton v. Comenity Bank | flsdce | 0:2014-cv-60817 | 480 | 04/04/2014 | 06/04/2014 |
| 5 Comenity Capital Bank (dft)<br>Heusinger v. American Coradius International, LLC et al | nywdce | 1:2014-cv-00805 | 480 | 09/24/2014 | 11/06/2015 |
| 6 Comenity, LLC (dft)<br>Lewis v. Comenity, LLC et al | casdce | 3:2014-cv-01934 | 890 | 08/19/2014 | 01/23/2015 |
| 7 Comenity Bank (dft)<br>Jackson v. Comenity Bank | miedce | 2:2014-cv-13322 | 480 | 08/26/2014 | 01/11/2016 |
| 8 Comenity Bank (dft)<br>Dubinskaya v. FMS Inc. et al | nyedce | 1:2014-cv-03497 | 480 | 06/03/2014 | 03/25/2015 |
| 9 Comenity, LLC (dft)<br>Brady v. Experian Information Solutions, Inc. et al | miedce | 2:2014-cv-14479 | 890 | 11/24/2014 | 03/26/2015 |
| 10 Comenity Bank (dft)<br>Ogletree v. Comenity LLC | flmdce | 6:2014-cv-02115 | 480 | 12/29/2014 | 03/10/2015 |
| 11 Comenity Capital Bank (dft)<br>Debra Von Trapp v. Ann Taylor Retail, Inc. | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| 12 Comenity L L C (dft)<br>Malone v. Comenity L L C | lawdce | 5:2014-cv-02298 | 480 | 07/14/2014 | 11/17/2014 |
| 13 Comenity Capital Bank (dft)<br>Nemec v. Comenity Capital Bank | iindce | 1:2014-cv-06278 | 480 | 08/14/2014 | 08/11/2015 |
| 14 Comenity Bank L L C (dft)<br>Malone v. Comenity L L C | lawdce | 5:2014-cv-02298 | 480 | 07/14/2014 | 11/17/2014 |
| 15 Comenity LLC (dft)<br>Terry v. Comenity LLC | miedce | 2:2014-cv-14597 | 480 | 12/04/2014 | 03/12/2015 |
| 16 Comenity Bank (dft)<br>Lucille v. Comenity Bank | nyedce | 1:2014-cv-02327 | 480 | 04/10/2014 | 07/15/2014 |
| 17 Comenity Capital Bank (dft)<br>Dubinskaya v. FMS Inc. et al | nyedce | 1:2014-cv-03497 | 480 | 06/03/2014 | 03/25/2015 |
| 18 Comenity Bank (dft)<br>Hylton v. Comenity Bank | flsdce | 1:2014-cv-21210 | 480 | 04/04/2014 | 04/04/2014 |
| 19 Comenity Bank (dft)<br>Terry v. Comenity LLC | miedce | 2:2014-cv-14597 | 480 | 12/04/2014 | 03/12/2015 |
| 20 Comenity Bank (dft)<br>Thach v. Equifax Information Services, LLC et al | vaedce | 3:2014-cv-00070 | 480 | 01/31/2014 | 10/24/2014 |
| 21 Comenity Capital Bank (dft)<br>Valdez v. Comenity Capital Bank | nysdce | 1:2014-cv-08230 | 480 | 10/15/2014 | 05/07/2015 |
| 22 Comenity LLC (dft)<br>Hector v. Comenity LLC | madce | 1:2014-cv-10008 | 480 | 01/02/2014 | 08/25/2014 |
| 23 Comenity LLC (dft)<br>Ogletree v. Comenity LLC | flmdce | 6:2014-cv-02115 | 480 | 12/29/2014 | 03/10/2015 |
| 24 Comenity Bank (dft)<br>Debra Von Trapp v. Ann Taylor Retail, Inc. | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| 25 Comenity LLC (dft)<br>Debra Von Trapp v. Ann Taylor Retail, Inc. | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| 26 Comenity LLC (dft)<br>Bilick v. Comenity LLC et al | ohndce | 1:2014-cv-00430 | 480 | 02/25/2014 | 05/20/2014 |
| 27 Comenity Bank (dft)<br>Lyons v. Experian Information Solutions, Inc. et al | msndce | 3:2014-cv-00211 | 480 | 09/26/2014 | 11/12/2015 |
| 28 Comenity Capital Bank (dft)<br>Peterson v. Comenity Capital Bank | flmdce | 6:2014-cv-00614 | 890 | 04/18/2014 | |
| 29 Comenity LLC (dft)<br>Amber Massie v. Comenity LLC et al | cacdce | 5:2014-cv-00503 | 480 | 03/14/2014 | 06/30/2014 |
| 30 Comenity Bank (dft)<br>Sathue v. Comenity Bank | nywdce | 1:2014-cv-01039 | 480 | 12/11/2014 | 04/20/2015 |
| 31 Comenity Bank (dft)<br>McCall v. Comenity Bank | mowdce | 5:2014-cv-06083 | 480 | 07/18/2014 | 09/04/2014 |
| 32 Comenity Bank (dft)<br>Cherwony v. Comenity Bank | flsdce | 9:2014-cv-81319 | 890 | 10/27/2014 | 06/09/2015 |
| 33 Comenity Bank (dft)<br>Dao v. Trans Union, LLC et al | mndce | 0:2014-cv-01219 | 480 | 04/22/2014 | 11/24/2015 |
| 34 Comenity Bank/Victoria Secret (dft)<br>Faford v. Equifax Information Services, LLC | hidce | 1:2014-cv-00575 | 480 | 12/27/2014 | |
| 35 Comenity, LLC (dft)<br>Jones v. Equifax Information Services, LLC et al | miedce | 2:2014-cv-13028 | 480 | 08/04/2014 | 12/01/2014 |
| 36 Comenity Bank (dft)<br>Andrews v. Comenity Bank | flmdce | 6:2014-cv-02116 | 890 | 12/29/2014 | 07/17/2015 |
| 37 Comenity Capital Bank/Express (dft)<br>Moreno v. Comenity Capital Bank/Express | iindce | 1:2014-cv-02697 | 480 | 04/15/2014 | 07/16/2014 |
| 38 Comenity Bank (dft) | caedce | 2:2014-cv-02762 | 890 | 11/24/2014 | 03/24/2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gusav v. Comenity Bank | | | | | | |
| 39 Comenity Bank (dft) | ridce | 1:2014-cv-00431 | 890 | 10/01/2014 | |
| Brown v. Comenity Bank | | | | | | |
| 40 Comenity LLC (dft) | ilndce | 1:2014-cv-00870 | 890 | 02/07/2014 | 12/04/2014 |
| Harley v. Comenity LLC et al | | | | | | |
| 41 Comenity LLC (dft) | miedce | 2:2014-cv-10025 | 890 | 01/03/2014 | 02/10/2015 |
| Dillard v. Comenity LLC | | | | | | |
| 42 Comenity LLC (dft) | miedce | 2:2014-cv-10853 | 890 | 02/25/2014 | 07/14/2014 |
| Grays v. Comenity LLC | | | | | | |
| 43 Comenity Servicing LLC (dft) | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| Debra Von Trapp v. Ann Taylor Retail, Inc. | | | | | | |

**Receipt** 04/10/2016 12:54:22

**User** TCPF2016

**Client** Laurentano

**Description** Civil Party Search

Name Comenity All Courts Page: 1 party role: dft year filed: 2014

You have previously been billed for this page.

**Pages** 1 ($0.00)



**Civil Party Search**
Sun Apr 10 12:51:56 2016
79 records found

User: TCPF2016
Client: Laurentano
Search: Civil Party Search Name Comenity All Courts Page: 1 party role: dft year filed: 2015

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Comenity Bank (dft) | nvdce | 2:2015-cv-02301 | 480 | 12/07/2015 | 03/29/2016 |
| Whitcomb v. Comenity Bank et al | | | | | |
| 2 COMENITY BANK (dft) | pawdce | 2:2015-cv-00993 | 890 | 07/30/2015 | 11/12/2015 |
| BUMBARGER v. COMENITY BANK | | | | | |
| 3 Comenity Bank, LLC (dft) | mndce | 0:2015-cv-00027 | 480 | 01/07/2015 | |
| Nguyen v. Comenity Bank, LLC et al | | | | | |
| 4 Comenity Bank (dft) | miedce | 2:2015-cv-10905 | 480 | 03/11/2015 | 11/20/2015 |
| Vargo v. ADR Arbitration Services, LLC et al | | | | | |
| 5 Comenity Bank (dft) | cacdce | 2:2015-cv-09673 | 890 | 12/16/2015 | 02/22/2016 |
| Tina Reganyan v. Comenity Bank | | | | | |
| 6 COMENITY BANK (dft) | insdce | 1:2015-cv-00028 | 480 | 01/07/2015 | 03/16/2015 |
| COLLINS v. COMENITY LLC | | | | | |
| 7 COMENITY BANK (dft) | njdce | 3:2015-cv-06653 | 890 | 09/04/2015 | 12/29/2016 |
| WIGHT v. COMENITY BANK | | | | | |
| 8 Comenity Capital Bank (dft) | mddce | 8:2015-cv-02526 | 480 | 08/26/2015 | |
| Tabb v. Cavalry Portfolio Services, LLC et al | | | | | |
| 9 Comenity LLC (dft) | flmdce | 8:2015-cv-01287 | 890 | 05/28/2015 | 08/13/2015 |
| Herbert v. Comenity LLC | | | | | |
| 10 Comenity Bank (dft) | miedce | 2:2015-cv-10486 | 480 | 02/06/2015 | |
| Powell v. Comenity Bank | | | | | |
| 11 Comenity Bank (dft) | wiedce | 2:2015-cv-00015 | 480 | 01/06/2015 | 05/08/2015 |
| Dukler v. Comenity Bank | | | | | |
| 12 Comenity LLC (dft) | madce | 1:2015-cv-12957 | 480 | 07/15/2015 | 08/10/2015 |
| Parks v. Comenity LLC | | | | | |
| 13 Comenity LLC (dft) | mssdce | 3:2015-cv-00572 | 890 | 08/10/2015 | 11/03/2015 |
| Perkins v. Comenity LLC | | | | | |
| 14 Comenity Bank (dft) | txwdce | 5:2015-cv-00259 | 480 | 04/08/2015 | 07/28/2015 |
| Cattoni v. Comenity LLC | | | | | |
| 15 COMENITY LLC (dft) | paedce | 2:2015-cv-04181 | 890 | 07/29/2015 | 11/13/2015 |
| O'BRIEN v. COMENITY LLC | | | | | |
| 16 COMENITY BANK (dft) | paedce | 2:2015-cv-04891 | 890 | 08/31/2015 | 12/14/2015 |
| SMITH v. COMENITY BANK | | | | | |
| 17 Comenity Bank (dft) | cacdce | 2:2015-cv-02565 | 890 | 04/07/2015 | 09/28/2015 |
| Jacqueline Taylor v. Comenity Bank et al. | | | | | |
| 18 Comenity Bank (dft) | flmdce | 3:2015-cv-01005 | 480 | 08/12/2015 | 11/03/2015 |
| Capen v. Farr Enterprises Inc. | | | | | |
| 19 Comenity Bank (dft) | ilndce | 1:2015-cv-09743 | 480 | 10/30/2015 | 02/12/2016 |
| Rogers v. Comenity Bank et al | | | | | |
| 20 COMENITY BANK (dft) | ncmdce | 1:2015-cv-00476 | 480 | 06/15/2015 | 12/02/2015 |
| SMITH v. COMENITY BANK | | | | | |
| 21 Comenity Bank (dft) | cacdce | 2:2015-cv-04923 | 480 | 06/29/2015 | 09/29/2015 |
| Gregory Scott v. Comenity Bank et al | | | | | |
| 22 Comenity Bank (dft) | flmdce | 6:2015-cv-01746 | 890 | 10/16/2015 | 01/27/2016 |
| Marotto v. Comenity Bank | | | | | |
| 23 Comenity Bank (dft) | ilndce | 1:2015-cv-10613 | 480 | 11/24/2015 | |
| Jacobsen v. Comenity Bank | | | | | |
| 24 COMENITY BANK (dft) | njdce | 2:2015-cv-05452 | 890 | 07/10/2015 | 10/26/2015 |
| PRIDMORE v. COMENITY BANK | | | | | |
| 25 Comenity Bank (dft) | pamdce | 3:2015-cv-00324 | 190 | 02/13/2015 | 03/03/2015 |
| Prukala v. The Bon Ton Inc. et al | | | | | |
| 26 Comenity LLC (dft) | caedce | 2:2015-cv-00652 | 480 | 03/23/2015 | 10/01/2015 |
| Kuzmenko v. Comenity LLC | | | | | |
| 27 Comenity Servicing LLC (dft) | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| Larsen v. Comenity LLC et al | | | | | |
| 28 Comenity, LLC (dft) | candce | 5:2015-cv-04587 | 480 | 10/05/2015 | |
| McBride v. Experian Information Solutions, Inc. et al | | | | | |
| 29 Comenity, LLC (dft) | candce | 5:2015-cv-03124 | 480 | 07/06/2015 | |
| Michele McGee v. Experian Information Solutions, Inc. et al | | | | | |
| 30 Comenity Bank (dft) | madce | 3:2015-cv-30139 | 480 | 08/07/2015 | |
| Poirier v. Comenity LLC | | | | | |
| 31 Comenity Bank (dft) | tnwdce | 1:2015-cv-01007 | 480 | 01/09/2015 | 06/22/2015 |
| Hanks v. Comenity Bank | | | | | |
| 32 COMENITY LLC (dft) | insdce | 1:2015-cv-00028 | 480 | 01/07/2015 | 03/16/2015 |
| COLLINS v. COMENITY LLC | | | | | |
| 33 Comenity LLC (dft) | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| Larsen v. Comenity LLC et al | | | | | |
| 34 Comenity, LLC (dft) | candce | 5:2015-cv-04806 | 480 | 10/19/2015 | 03/07/2016 |
| Ervin v. Experian Information Solutions, Inc et al | | | | | |
| 35 Comenity Bank (dft) | kywdce | 3:2015-cv-00614 | 480 | 07/16/2015 | |
| Henry v. Fashion Bug Retail Companies, LLC et al | | | | | |
| 36 Comenity Bank (dft) | nvdce | 2:2015-cv-02100 | 480 | 11/03/2015 | 04/04/2016 |
| Sauchak v. Comenity Bank et al | | | | | |
| 37 COMENITY BANK (dft) | pawdce | 3:2015-cv-00145 | 890 | 05/20/2015 | |
| STOOPS v. COMENITY BANK | | | | | |
| 38 Comenity LLC (dft) | flmdce | 8:2015-cv-02806 | 890 | 12/07/2015 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 Comenity Bank (dft) | | nyedce | 2:2015-cv-05209 | 480 | 09/09/2015 | 01/15/2016 |
| Posner v. Eddie Bauer LLC et al | | | | | | |
| 40 Comenity Bank (dft) | | cacdce | 5:2015-cv-02117 | 890 | 10/14/2015 | 12/11/2015 |
| Nathanial Davis v. Comenity Bank | | | | | | |
| 41 Comenity Bank (dft) | | flmdce | 8:2015-cv-02806 | 890 | 12/07/2015 | |
| Hutto v. Comenity LLC | | | | | | |
| 42 Comenity Bank (dft) | | ilndce | 1:2015-cv-10680 | 480 | 11/25/2015 | |
| Michaels v. Comenity Bank | | | | | | |
| 43 COMENITY BANK (dft) | | njdce | 2:2015-cv-05994 | 890 | 08/04/2015 | |
| PRITCHARD v. COMENITY BANK | | | | | | |
| 44 Comenity Bank (dft) | | pamdce | 3:2015-cv-01653 | 890 | 08/26/2015 | 10/29/2015 |
| Sheridan v. Comenity Bank | | | | | | |
| 45 Comenity Bank (dft) | | flmdce | 8:2015-cv-01812 | 480 | 08/04/2015 | 11/16/2015 |
| Rodriguez v. Comenity Bank | | | | | | |
| 46 Comenity Bank (dft) | | gandce | 1:2015-cv-03427 | 480 | 09/29/2015 | 12/04/2015 |
| Dorton v. Equifax Information Services, LLC et al | | | | | | |
| 47 Comenity Bank (dft) | | mssdce | 2:2015-cv-00059 | 480 | 04/16/2015 | 10/23/2015 |
| Parker et al v. Comenity LLC | | | | | | |
| 48 Comenity Bank (dft) | | flmdce | 8:2015-cv-01287 | 890 | 05/28/2015 | 08/13/2015 |
| Herbert v. Comenity LLC | | | | | | |
| 49 Comenity Bank (dft) | | gandce | 2:2015-cv-00114 | 480 | 05/29/2015 | 08/12/2015 |
| Eaton v. Equifax Information Serivces, LLC et al | | | | | | |
| 50 Comenity Bank (dft) | | azdce | 2:2015-cv-02487 | 890 | 12/07/2015 | |
| Ruiz v. Comenity Bank et al | | | | | | |
| 51 Comenity Bank (dft) | | casdce | 3:2015-cv-02386 | 890 | 10/21/2015 | 03/25/2016 |
| Perkins et al v. Comenity Bank | | | | | | |
| 52 Comenity Bank (dft) | | flsdce | 9:2015-cv-80663 | 890 | 05/26/2015 | 05/26/2015 |
| Schweitzer v. Comenity Bank | | | | | | |
| 53 Comenity Bank (dft) | | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| Larsen v. Comenity LLC et al | | | | | | |
| 54 Comenity Bank (dft) | | wvsdce | 5:2015-cv-08319 | 190 | 06/24/2015 | |
| Jarrell v. Comenity Bank | | | | | | |

---

**Receipt** 04/10/2016 12:53:30 46958538

**User** TCPF2016
**Client** Laurentano
**Description** Civil Party Search
       Name Comenity All Courts Page: 1 party role: dft year filed: 2015
**Pages** 1 ($0.10)



🔊 Browse Aloud

**Civil Party Search**
Sun Apr 10 12:51:56 2016
79 records found

**User:** TCPF2016
**Client:** Laurentano
**Search:** Civil Party Search Name Comenity All Courts Page: 2 party role: dft year filed: 2015

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 55 Comenity Capital (dft)<br>NOT USED | nvdce | 2:2015-cv-01060 | 480 | 06/04/2015 | 06/09/2015 |
| 56 Comenity Bank (dft)<br>Schweitzer v. Comenity Bank | flsdce | 9:2015-cv-80665 | 890 | 05/27/2015 | 01/27/2016 |
| 57 COMENITY BANK (dft)<br>GARNER v. COMENITY BANK | paedce | 2:2015-cv-04073 | 890 | 07/23/2015 | 09/18/2015 |
| 58 Comenity Bank (dft)<br>Kelly v. Comenity Bank | wvsdce | 5:2015-cv-08323 | 190 | 06/24/2015 | |
| 59 Comenity Capital (dft)<br>Brandt v. Comenity Capital et al | nvdce | 2:2015-cv-01061 | 480 | 06/04/2015 | |
| 60 Comenity Bank (dft)<br>Ruiz v. Comenity Bank et al | azdce | 2:2015-cv-02486 | 890 | 12/07/2015 | |
| 61 Comenity Bank (dft)<br>Bejarano v. Comenity Bank et al | casdce | 3:2015-cv-01319 | 890 | 06/16/2015 | |
| 62 Comenity Bank (dft)<br>Capital One, National Association v. Comenity Bank | nysdce | 1:2015-cv-10003 | 190 | 12/23/2015 | 03/08/2016 |
| 63 Comenity Bank (dft)<br>Bailey v. Comenity Bank | wvsdce | 5:2015-cv-08314 | 190 | 06/24/2015 | |
| 64 Comenity LLC (dft)<br>Van Dyke v. Equifax Inc. et al | txedce | 4:2015-cv-00418 | 480 | 06/22/2015 | 09/02/2015 |
| 65 Comenity LLC (dft)<br>Parker et al v. Comenity LLC | mssdce | 2:2015-cv-00059 | 480 | 04/16/2015 | 10/23/2015 |
| 66 Comenity, LLC (dft)<br>Medelyn Bueno v. Experian Information Solutions, Inc. et al | candce | 5:2015-cv-04263 | 480 | 09/18/2015 | |
| 67 Comenity Bank (dft)<br>Young v. Equifax Information Services, LLC | mowdce | 4:2015-cv-00361 | 480 | 05/12/2015 | 10/27/2015 |
| 68 COMENITY BANK (dft)<br>O'BRIEN v. COMENITY LLC | paedce | 2:2015-cv-04181 | 890 | 07/29/2015 | 11/13/2015 |
| 69 Comenity Bank (dft)<br>Kidd v. Comenity Bank | wvsdce | 5:2015-cv-08329 | 190 | 06/24/2015 | |
| 70 Comenity LLC (dft)<br>Agic v. Equifax Information Services, LLC et al | miedce | 2:2015-cv-14131 | 890 | 11/24/2015 | |
| 71 Comenity, LLC (dft)<br>Sema v. Experian Information Solutions, Inc. et al | candce | 5:2015-cv-03856 | 480 | 08/24/2015 | |
| 72 Comenity Bank (dft)<br>Parks v. Comenity LLC | madce | 1:2015-cv-12957 | 480 | 07/15/2015 | 08/10/2015 |
| 73 Comenity Capital Bank (dft)<br>Larsen v. Comenity LLC et al | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| 74 Comenity Operating Co. LLC (dft)<br>Larsen v. Comenity LLC et al | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| 75 Comenity LLC (dft)<br>Hooker v. Asset Acceptance, LLC | mddce | 8:2015-cv-00870 | 890 | 03/26/2015 | 02/03/2016 |
| 76 COMENITY LLC d/b/a Comenity Bank (dft)<br>SCHEER v. COMENITY LLC d/b/a Comenity Bank | nywdce | 6:2015-cv-06488 | 480 | 08/14/2015 | |
| 77 Comenity LLC (dft)<br>Poirier v. Comenity LLC | madce | 3:2015-cv-30139 | 480 | 08/07/2015 | |
| 78 Comenity LLC (dft)<br>Cattoni v. Comenity LLC | txwdce | 5:2015-cv-00259 | 480 | 04/08/2015 | 07/28/2015 |
| 79 Comenity, LLC (dft)<br>Allen v. Equifax Information Services, LLC et al | miedce | 2:2015-cv-11394 | 890 | 04/16/2015 | |

**Receipt** 04/10/2016 12:54:02

**User** TCPF2016
**Client** Laurentano
**Description** Civil Party Search
           Name Comenity All Courts Page: 2 party role: dft year filed: 2015

           You have previously been billed for this page.
**Pages** 1 ($0.00)