UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE MCQUARRIE,

     Plaintiff,

v.                                    Case No: 8:16-cv-982-T-36JSS

COMENITY LLC,

     Defendant.

_____/

**O R D E R**

    Before the Court is the Notice of Voluntary Dismissal without Prejudice (Doc. 9).  In accord with the Notice of Voluntary Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)      The Notice of Voluntary Dismissal without Prejudice is **APPROVED** (Doc. 9).

    2)      This cause is dismissed, without prejudice.

    3)      The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on September 8, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record